UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED
2016 JUL -5 PM 3:00
CLERK
DEPUTY CLERK

DANIEL ZIMMER

    PLAINTIFF

v.

BAUER, GRAVEL, FARNHAM
JOHN BALKUNAS, JR;

    DEFENDANTS

JURY TRIAL DEMANDED

CASE NO. 1:14-cv-00234

## MOTION BY PLAINTIFF'S COUNSEL FOR LEAVE TO WITHDRAW AS COUNSEL FOR DANIEL ZIMMER [IN FAVOR OF SUBSTITUTE-COUNSEL]

    NOW COMES attorney-of-record, C. Creek Kelsey of Law in the Public Interest, L³C, with Mr. Zimmer's consent, and requests leave to withdraw as Plaintiff's Counsel in the above-referenced matter in favor of substitute counsel, Attorney Joshua Simonds of The Burlington Law Practice, effective as of below date.

    Signed and respectfully submitted June 30, 2016 at Thetford Center, VT.

C. Creek Kelsey, Esq.
Law in the Public Interest, L³C
98 Norford Lake Road
Thetford Center, VT 05075
cckelsey@VTConsumerAid.org
PH/FAX (802) 649-2342/(877) 649-0734

UNITED STATES DISTRICT COURT

1