### UNITED STATES DISTRICT COURT

**OFFICE OF THE CLERK**

DISTRICT OF VERMONT

FEDERAL BUILDING

**BURLINGTON, VERMONT 05402-0945**

**JEFFREY S. EATON**
CLERK

☒ P.O. BOX 945
BURLINGTON 05402-0945
(802) 951-6301
❑ P.O. BOX 998
BRATTLEBORO 05302-0998
(802) 254-0250
❑ P.O. BOX 607
RUTLAND 05702-0607
(802) 773-0245

November 2, 2016

Joshua L. Simonds, Esq.
The Burlington Law Practice, PLLC
2 Church Street, Suite 2G
Burlington, VT 05401

Alan H. Abes, Esq.
Elizabeth M. Shaffer, Esq.
Dinsmore & Shohl LLP
255 East Fifth Street, Suite 1900
Cincinnati, OH 45202

Nicole A. Killoran, Esq.
Bauer Gravel Farnham
40 College Street, Suite 100
P.O. Box 607
Burlington, VT 05402-0607

Re:     *Zimmer v. Unifund CCR Partners et al.*
        Docket No. 5:14-cv-234-gwc

Dear Counsel:

I am writing to you regarding the Early Neutral Evaluation (ENE) process in the above-captioned matter.  Pursuant to the Notice of Rescheduled Early Neutral Evaluation (Doc. 47), an ENE session was scheduled to occur on October 5, 2016.  If you are experiencing delays in the discovery process, please file a Motion to Amend the Discovery Schedule to accommodate those delays.  Please note that if the session has been rescheduled to a date prior to December 5, simply file a letter stating the new date and time.

If the session was held, I would ask Evaluator, Gordon Gebauer, to please forward his report as required by L.R. 16.1(j) as soon as possible.

Please respond accordingly by **November 10, 2016**.

Sincerely,
*/s/ H. Beth Cota*
ENE Administrator
(802) 951-8113

cc:     Gordon C. Gebauer, Jr., Esq.