UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2016 NOV -7  AM 11: 53

CLERK

BY _____ LAW
DEPUTY CLERK

| | | |
|---|---|---|
| DANIEL ZIMMER | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 5:14-cv-234 |
| | ) | |
| UNIFUND CCR PARTNERS, | ) | |
| UNIFUND CCR, LLC, | ) | |
| PILOT RECEIVABLES, | ) | |
| BAUER, GRAVEL, FARNUM, (sic) and | ) | |
| JOHN J. BALKUNAS, JR. | ) | |
| Defendant | ) | |

**EVALUATOR'S REPORT**

Pursuant to Rule 16.3(j) of the United States District Court, District of Vermont Local Rules, the undersigned ENE Evaluator, Gordon C. Gebauer, Esq., hereby files this report:

A.      The ENE session in this matter was commenced on October 5, 2016 at the offices of Bauer Gravel Farnham in Colchester, Vermont. The session began at 9:00 AM and concluded at approximately 6:00 PM. The parties agreed to keep the negotiations open and the ENE Evaluator continued settlement discussions with the parties in the days following the session.

B.      The Plaintiff was present and represented by Joshua L. Simonds, Esq. The Defendant, Bauer Gravel Farnham, was present through its authorized agent, Eric Parker, Esq., and represented by Elizabeth M. Shaffer, Esq. Each party had full decision making authority.

C.      Not Applicable.

D.      Plaintiff and Defendant each filed evaluation statements with the evaluator prior to the scheduled ENE session.

E.      Each Party had the opportunity to make an initial statement at the session.

F.      As a result of continued settlement discussions, the case recently **SETTLED**.


Dated at Essex Junction, Vermont this 3rd day of November, 2016.

Gordon C. Gebauer, Esq.
4 Park St. Suite 201
Essex Junction, VT 05452
802-871-5482