UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

DANIEL ZIMMER
    Plaintiff

    V                                                    Case No. 1:14-cv-234
UNIFUND CCR PARTNERS,
UNIFUND CCR, LLC,
PILOT RECEIVABLES,
BAUER GRAVEL FARNHAM and
JOHN J. BALKUNAS, JR.
    Defendants

## STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS

    NOW COME Daniel Zimmer, Bauer Gravel Farnum and John J. Balkunas, Jr. by and through counsel of record and stipulate and agree that the above-entitled matter may be dismissed with prejudice and without costs. All other claims having been adjudicated by the Court, judgment may enter herein accordingly.

    Dated this 16th day of November, 2016 at Burlington, Vermont.


| Bauer Gravel Farnham and<br>John J. Balkuas, Jr. | Daniel Zimmer |
|---|---|
| /s/ Elizabeth M. Shaffer<br>Elizabeth M. Shaffer, Esq.<br>Dinsmore & Shohl LLP<br>255 E. 5th St., Ste 1900<br>Cincinnati OH 45202<br>Elisabeth.shaffer@dinsmore.com | /s/ Joshua L. Simonds<br>Joshua L. Simonds, Esq<br>The Burlington Law Practice, PLLC<br>2 Church St. Suite 2G<br>Burlington VT 05401<br>jls@burlingtonlawpractice.com |